U.S. Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOHN D. CURL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 3:17-cv-05216-BAT

~~(PROPOSED)~~ ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406 (b)

THIS MATTER having come on regularly before the undersigned judge upon Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406 (b), the Court having considered the pleadings and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Christopher Troy Lyons is awarded a gross attorney's fee of $29,000 pursuant to 42 U.S.C. § 406 (b), reduced by the EAJA fee of $5604 that previously was awarded, leaving a net § 406 (b) fee of $23,396. Social Security is directed

ORDER – PAGE 1
3:17-cv-05216-BAT

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310

to send Plaintiff's attorney a check in the amount of $23,396 or otherwise pay Plaintiff's attorney electronically. If paid by check, plaintiff's attorney's address is Christopher Lyons, PO Box 1645, Coupeville, WA 98239.

DATED this 2nd day of May, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Christopher T. Lyons
CHRISTOPHER T. LYONS
Attorney for Plaintiff
WSBA # 26350
P.O. Box 1645
Coupeville, WA 98239
Phone: 360-675-9310

ORDER – PAGE 2
3:17-cv-05216-BAT

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310